

120 Broadway<br>
Floor 21 – Intake<br>
New York, NY 10271<br>
Telephone: (856)435-6401

January 15, 2026

David Stebbins
stebbinsd@yahoo.com
123 W Ridge Ave
Apt D
Harrison, AR 72601
Via Email to: stebbinsd@yahoo.com

Bobanks Holdings, LLC
2815 W. Walnut St.
Suite B
Rogers, AR 72756
Via Email to: 58323@homehelpershomecare.com

Case Number: 01-25-0009-1990

David Stebbins
-vs-
Bobanks Holdings, LLC
dba "Home Helpers of Arkansas"

Dear Parties:

The outcome of our preliminary administrative review, which is subject to review by the arbitrator, is that this dispute will be administered in accordance with the AAA's Employment/Workplace Arbitration Rules and Mediation Procedures and Employment Due Process Protocol, which can be found on our website, www.adr.org. Please note that the AAA's administrative review is not an opinion on whether the arbitration agreement, the contract or plan, or any part of them is legally enforceable, nor is it a determination regarding the arbitrability of the dispute.

In cases before a single arbitrator, a non-refundable filing fee of $350.00, is due from the employee when a claim is filed, unless the arbitration agreement provides that the employee pay less. A non-refundable fee of $2,100.00 is due from the employer, unless the arbitration agreement provides that the employer pay more.

We have received the employee's portion of the filing fee in the amount of $350.00. **Accordingly, we request that the employer pay its share of the filing fee in the amount of $2,100.00 on or before January 29, 2026.** Upon receipt of the balance of the filing fee, the AAA will proceed with administration.

Please note payment should be submitted by credit card or electronic check. A secured paylink will be forthcoming with instructions to submit payment.

In the event, a check is the only method that you can provide payment, please make the check payable to the American Arbitration Association and include a reference to the case number. Checks should be mailed to 120 Broadway, Floor 21 – Intake, New York, NY 10271. In the event that payment is being made by a third party, such as an insurance company, please request that payment be sent directly to the business' representative. The business' representative should then forward payment to the AAA in accordance with the foregoing instructions.

**Exhibit B**

The AAA's administrative fees are based on filing and service charges. Arbitrator compensation is not included in this schedule. The AAA may require arbitrator compensation deposits in advance of any hearings. Unless the employee chooses to pay a portion of the arbitrator's compensation, the employer shall pay all of the arbitrator's fees and expenses.

Please note: no answering statement or counterclaim is due at this time. The AAA will notify the parties of the response deadlines when all fees have been received.

**We would like to remind the employer that Under the Costs of Arbitration Section of the Employment/Workplace Arbitration Rules and Mediation Procedures, the "employer's full share is due as soon as the employee meets his or her filing requirements, even if the matter settles or is withdrawn". This notice confirms that employee's filing requirements have been met.**

If you have any questions, please email the Employment Filing Team at employmentFiling@adr.org and we will be happy to assist you.

Sincerely,

Employment Filing Team
employmentFiling@adr.org
(856) 679-4610

cc: