

AMERICAN ARBITRATION ASSOCIATION | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

120 Broadway
Floor 21 – Intake
New York, NY 10271
Telephone: (856)435-6401

January 30, 2026

David Stebbins
stebbinsd@yahoo.com
123 W Ridge Ave
Apt D
Harrison, AR 72601
Via Email to: stebbinsd@yahoo.com

Bobanks Holdings, LLC
2815 W. Walnut St.
Suite B
Rogers, AR 72756
Via Email to: 58323@homehelpershomecare.com

Case Number: 01-25-0009-1990

David Stebbins
-vs-
Bobanks Holdings, LLC
dba "Home Helpers of Arkansas"

Dear Parties:

As of this date, the employer in this matter has not complied with our requests to submit payment of its portion of the administrative filing fee in accordance with our Rules and Employment/Workplace Fee Schedule. The employer's share of the fee is due regardless of whether the case settles or is withdrawn.

**Therefore, if the outstanding fee, in the amount of $2100 is not received by February 13, 2026** the AAA may administratively close this matter due to non-compliance by the employer.

We hope that this situation does not escalate to this level, but we want you to be aware that it is the policy of the AAA that if an employer does not comply with our request to pay the requisite administrative fees in accordance with the Employment/Workplace fee schedule, the AAA may decline to administer future cases involving that employer. In addition, the employer may be requested to remove the AAA as the provider organization from their employment dispute resolution clause.

The AAA has to remain neutral and unbiased in all respects. Waiving this rule and fee for one employer and not for another could jeopardize that neutrality. It is expected that the employers fully understand the Rules and Fee Schedules prior to making us a part of their dispute resolution plan.

Please notify us if you wish to pay online vie e-check or credit card and we will provide instructions for submitting payment through our website. Although it is not recommended at this time, if you must send a physical check, please send via a delivery service to the address below.

American Arbitration Association
Attention: Employment filing
120 Broadway



Floor 21 – Intake
New York, NY 10217

Sincerely,

Employment Filing Team
employmentfiling@adr.org
(856) 679-4610