**AMERICAN ARBITRATION ASSOCIATION**  |  INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

120 Broadway
Floor 21 – Intake
New York, NY 10271
Telephone: (856)435-6401

February 17, 2026

David Stebbins
stebbinsd@yahoo.com
123 W Ridge Ave
Apt D
Harrison, AR 72601
Via Email to: stebbinsd@yahoo.com

Bobanks Holdings, LLC
2815 W. Walnut St.
Suite B
Rogers, AR 72756
Via Email to: 58323@homehelpershomecare.com

Case Number: 01-25-0009-1990

David Stebbins
-vs-
Bobanks Holdings, LLC
dba "Home Helpers of Arkansas"

Dear Parties:

The Respondent has failed to submit the previously requested filing fee; accordingly, we have administratively closed our file in this matter. Any filing fees received from the Claimant will be refunded under separate cover.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents may be destroyed 18 months after the date of this letter.

Please email employmentfiling@adr.org if you have any questions and we will be happy to assist you.

Sincerely,

Employment Filing Team
Employmentfiling@adr.org
(856) 679-4610

cc:



UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                          PLAINTIFF/CLAIMANT

VS.                           CASE 3:26mc05

BOBANKS HOLDINGS, LLC                                   DEFENDANT/RESPONDENT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the attached Application to Compel Arbitration was served on the Defendant Bobanks Holdings LLC by mailing a copy thereof via First Class Mail on February 15, 2026 to the following registered agent: Haden Gilder, 2815 W. Walnut, Suite B, Rogers, AR 72756.

This constitutes adequate service because applications under the Federal Arbitration Act are to be "made and heard in the manner provided by law for the making and hearing of motions." See 9 USC § 6. This means that it is Rule 5 of the Federal Rules of Civil Procedure, not Rule 4, which governs service.

I also emailed a courtesy copy to 58323@homehelpershomecare.com, as provided for in the arbitration agreement.

So notified on this, the 17th day of February, 2026.

/s/ David Stebbins
David Stebbins
123 W. Ridge Ave.,
Apt D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com