UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                        PLAINTIFF/CLAIMANT

VS.                        CASE  26-mc-0005

BOBANKS HOLDINGS, LLC                          DEFENDANT/RESPONDENT

**<u>NOTICE OF DISMISSAL</u>**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice of Dismissal pursuant to Fed.R.Civ.P. 41(a).

1.      The parties have mutually resolved their dispute, and so this dismissal is with prejudice.

2.      The Court is respectfully reminded that "a stipulation of dismissal is effective automatically and does not require judicial approval" and that Rule 41 contains "clear and unambiguous language" that there are "no exceptions that call for the exercise of judicial discretion by any court." See Gardiner v. AH Robins Co., Inc., 747 F. 2d 1180, 1189-90 (8th Cir. 1984).

So notified on this, the 13th day of April, 2026.

David Stebbins
123 W. Ridge Ave.,
Apt D
Harrison, AR 72601
stebbinsd@yahoo.com
870-204-6516

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the Notice of Dismissal was served on defense counsel, Brett Taylor, at the email address of btaylor@roselawfirm.com on April 9, 2026.

David Stebbins
123 W. Ridge Ave.,
Apt D
Harrison, AR 72601
stebbinsd@yahoo.com
870-204-6516